UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE: UBER TECHNOLOGIES, INC., PASSENGER SEXUAL ASSAULT LITIGATION

Case No. 3:25-cv-09486-CRB

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE (CIVIL LOCAL RULE 11-3) : ORDER

Date: 12/19/2025

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

I, Audrey Raphael, an active member in good standing of the bars of the State of New York, Eastern District of Michigan, and the State of Connecticut, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing various clients in the above-entitled MDL action. The local co-counsel requirement is waived pursuant to Pretrial Order #1.

My Address of Record is 605 Third Ave, Floor 33, New York, NY 10158.

My Telephone Number of Record is (212)605-6206 (office) and (917)445-2755 (mobile).

My Email Address of Record is araphael@levylaw.com

I am an active member in good standing of a United States Court or of the highest court of the State of New York, as indicated above. My New York State bar number is: 235733.

True and correct copies of certificates of good standing are attached for the State of New York, Eastern District of Michigan, and the State of Connecticut.

I have been granted pro hac vice admission by the Court zero times in the twelve months preceding this application.